John J. Talton, Chapter 13 Trustee  Check No. 818677
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-60705 | 003-0 | JOHN COOK JR | xxxxxxxxxxxxxxxxxxx0600 | 0.00 | 10.86 | 0.00 | 10.86 |
| | | Original Check written to: VAN ZANDT CAD C/O LINEBARGER ET AL 2323 BRYAN ST #1600 DALLAS, TX 75201 | | | | | |