John J. Talton, Chapter 13 Trustee  Check No. 822113
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-11431 | 999-0 | SCOTT DAVID DAVILLE<br>Original Check written to:<br>SCOTT DAVID DAVILLE<br>865 NORTH ST<br>VIDOR, TX 77662 | | 0.00 | 2.00 | 0.00 | 2.00 |
| 05-60705 | 003-0 | JOHN COOK JR<br>Original Check written to:<br>VAN ZANDT CAD<br>C/O LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX 75201 | xxxxxxxxxxxxxxxxxxxx0600 | 0.00 | 525.64 | 0.00 | 525.64 |
| 05-90714 | 999-0 | ANDREW WHITFIELD<br>Original Check written to:<br>ANDREW WHITFIELD<br>286 JERRI ST<br>LUFKIN, TX 75904 | | 0.00 | 3.00 | 0.00 | 3.00 |
| 05-90718 | 009-0 | FRANKIE CHIMNEY<br>Original Check written to:<br>SHELBY COUNTY<br>TAX COLLECTOR<br>200 SAN AUGUSTINE #C<br>CENTER, TX 75935 | xxxxxxxxxxxxxxxxxxxx0009 | 0.00 | 683.87 | 0.00 | 683.87 |
| 05-90718 | 102-0 | FRANKIE CHIMNEY<br>Original Check written to:<br>SPCO FEDERAL CREDIT UNION<br>3890 NORTH FWY, STE A<br>HOUSTON, TX 77022- | xxxxxxxx-#27 | 1,107.53 | 73.12 | 0.00 | 73.12 |
| 07-10067 | 022-0 | THELMA B. SMITH<br>Original Check written to:<br>BANK OF AMERICA<br>RECOVERY MANAGEMENT MD4-301-16-01<br>225 NORTH CALVERT STREET<br>BALTIMORE, MD 21202- | xxxxxxxx5348 | 188.68 | 40.07 | 0.00 | 40.07 |
| 07-90273 | 999-0 | RITA D. STOLORSKI<br>Original Check written to:<br>RITA D. STOLORSKI<br>8080 FM 2609<br>NACOGDOCHES, TX 75965 | | 0.00 | 77.50 | 0.00 | 77.50 |